1

Honorable Robert S. Lasnik

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
8                           AT SEATTLE

9  COSTCO WHOLESALE CORPORATION,         Civil Action No. 2:17-cv-01212-RSL

10          Plaintiff,                    STIPULATED MOTION AND ORDER TO
                                          CONTINUE EXPERT WITNESS REPORT
11        v.                              DEADLINE

12  ARROWOOD INDEMNITY COMPANY,

13          Defendant.

14

15

16        Pursuant to LCR 7(d)(1) and LCR 10(g), Plaintiff Costco Wholesale Corporation

17  ("Costco") and Defendant Arrowood Indemnity Company ("Arrowood"), by and through their

18  attorneys of record, hereby submit this Stipulated Motion and [Proposed] Order to Continue the

19  Expert Witness Report Deadline.  The parties have met and conferred, and submit this Stipulated

20  Motion in good faith.

21                              **DISCUSSION**

22        By its Minute Order Setting Trial Date & Related Dates (ECF No. 13), the Court set this

23  matter for trial on November 5, 2018 and also established a case schedule of pretrial deadlines.

24  On April 19, 2018, the Court entered the Parties' agreed extension of time for certain pretrial

25  deadlines (ECF No. 19), including, among others, an extension of the deadline for expert witness

26  reports from May 9, 2018 to June 20, 2018.  On June 8, 2018, the Court entered the Parties'

27  agreed extension of time for an extension of the deadline for expert witness reports from June 20,

28
3908508
STIPULATED MOTION AND  ORDER TO CONTINUE EXPERT              CLYDE & CO US LLP
WITNESS REPORT DEADLINE (2:17-cv-01212-RSL) - 1      601 Union Street, Two Union Square, 42nd Floor
                                                           Seattle, Washington 98101
                                                              (206) 652-3237

2018 to July 5, 2018 (ECF No. 21). No other pretrial deadlines besides the deadline for expert witness reports were extended by this request.

To date, the Parties have engaged in substantial written discovery and have taken the depositions of several party witnesses. Arrowood has taken the deposition of three of Costco's witnesses and Costco has taken the deposition of two of Arrowood's witnesses. The Parties scheduled to take depositions of Costco's corporate designees in the case on June 27, 2018. The Parties agreed to move the depositions originally set for June 27, 2018 to July 17-19, 2018. These depositions may provide testimony for the Parties' experts to rely upon in their respective reports. In light of and to facilitate the orderly conduct of the upcoming depositions along with the schedules of witnesses, the Parties stipulate and jointly move the Court for a brief continuance of the expert witness report deadline for purposes of completing depositions to Monday, July 23, 2018.

The Parties do not request that the Court continue the trial date or any other dates except those relating to the expert witness deadlines provided herein. Accordingly, the Parties respectfully request that this Stipulated Motion be approved and that the Court agree to continue the expert witness report deadline to **Monday, July 23, 2018**.

IT IS SO STIPULATED THIS 29th day of June, 2018.

DATED: June 29, 2018                    CLYDE & CO US LLP


                                        /s/ Alexander E. Potente
                                        Alexander E. Potente, WSBA #48858
                                        alex.potente@clydeco.us
                                        601 Union Street, Two Union Square, 42nd Floor
                                        Seattle, Washington 98101
                                        Phone (206) 652-3237
                                        Fax (206) 652-3237

                                        Attorneys for Defendant
                                        ARROWOOD INDEMNITY COMPANY

1 DATED: June 29, 2018                                PACIFICA LAW GROUP LLP

2

3                                             */s/ Paul J. Lawrence*

4                                             Paul J. Lawrence, WSBA #13557
                                            Matthew J. Segal, WSBA #29797

5                                             Nicholas W. Brown, WSBA #33586
                                            1191 Second Avenue, Suite 2000

6                                             Seattle, WA 98101
                                            Phone: (206) 245-1700

7                                             Fax: (206) 245-1750

8

9                                             Attorneys for Plaintiff
                                            COSTCO WHOLESALE CORPORATION

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3908508

CLYDE & CO US LLP
601 Union Street, Two Union Square, 42nd Floor
Seattle, Washington 98101
(206) 652-3237

1

# **ORDER**

2        IT IS HEREBY ORDERED that this Stipulated Motion to continue the expert

3 witness report deadline is GRANTED.  The new date for the expert witness report deadline is

4 **<u>Monday, July 23, 2018</u>**.

5

        DATED this 9th day of July 2018.

6

7

8                          *Mﬀ S Lasnik*

9                     Robert S. Lasnik
                     United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3908508

STIPULATED MOTION AND  ORDER TO CONTINUE EXPERT
WITNESS REPORT DEADLINE (2:17-cv-01212-RSL) - 4

CLYDE & CO US LLP
601 Union Street, Two Union Square, 42nd Floor
Seattle, Washington 98101
(206) 652-3237

1    <u>**PROOF OF SERVICE**</u>

2    **STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

3        At the time of service, I was over 18 years of age and not a party to this action.  I am
     employed in the County of San Francisco, State of California.  My business address is 101 Second
4    Street, 24th Floor, San Francisco, CA 94105.

5        On June 29, 2018, I served true copies of the following document(s) described as
     **STIPULATED MOTION AND PROPOSED ORDER TO CONTINUE EXPERT WITNESS**
6    **REPORT DEADLINE** on the interested parties in this action as follows:

7        **BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the
     document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case
8    who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case
     who are not registered CM/ECF users will be served by mail or by other means permitted by the
9    court rules.

10       I declare under penalty of perjury under the laws of the United States of America that the
     foregoing is true and correct and that I am employed in the office of a member of the bar of this
11   Court at whose direction the service was made.

12       Executed on June 29, 2018, at San Francisco, California.

13

14                                          */s/  Trish Marwedel*
                                            Trish Marwedel
15

16

17

18

19

20

21

22

23

24

25

26

27

28
     3908508
     STIPULATED MOTION AND ORDER TO CONTINUE EXPERT                    CLYDE & CO US LLP
     WITNESS REPORT DEADLINE (2:17-cv-01212-RSL) -          601 Union Street, Two Union Square, 42nd Floor
                                                                      Seattle, Washington 98101
                                                                          (206) 652-3237