Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| COSTCO WHOLESALE CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> ARROWOOD INDEMNITY COMPANY, <br><br> Defendant. | CASE NO. 2:17-cv-01212-RSL <br><br> STIPULATED MOTION AND ORDER TO CONTINUE DEADLINE FOR EXCHANGE OF BAD FAITH AND IFCA EXPERT WITNESS REPORTS <br><br> NOTE ON MOTION CALENDAR: <br> July 18, 2018 |

Pursuant to LCR 7(d)(1) and LCR 10(g), Plaintiff Costco Wholesale Corporation ("Costco") and Defendant Arrowood Indemnity Company ("Arrowood"), by and through their attorneys of record, hereby submit this Stipulated Motion and [Proposed] Order to Continue the Deadline to Exchange Bad Faith and IFCA Expert Witness Reports. The Parties have met and conferred, and submit this Stipulated Motion in good faith.

## DISCUSSION

By its Minute Order Setting Trial Date & Related Dates, the Court set this matter for trial on November 5, 2018 and also set a case schedule of pretrial deadlines. ECF No. 13. On April 19, 2018, the Court entered the Parties' agreed extension of time for certain pretrial deadlines,

STIPULATED MOTION AND ORDER TO CONTINUE
DEADLINE FOR EXCHANGE OF BAD FAITH AND
IFCA EXPERT WITNESS REPORTS - 1
CAUSE NO. 2:17-CV-01212-RSL

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

including, among others, an extension of the deadline for expert witness reports from May 9, 2018 to June 20, 2018. ECF No. 19.  On June 8, 2018, the Court entered the Parties' agreed extension of time for a continuance of the deadline for expert witness reports from June 20, 2018 to July 5, 2018. ECF No. 21. On July 9, 2018, the Court entered the Parties' agreed extension of time continuing the expert witness report deadline to July 23, 2018. ECF No. 32.

Costco also moved for leave to file a first amended complaint on June 20, 2018. ECF No. 22. Arrowood has opposed this motion. ECF No. 29. The Motion to Amend is still pending before the Court. The proposed first amended complaint would add claims for breach of contract, bad faith, and violation of the Insurance Fair Conduct Act, RCW 48.30.015 ("IFCA"), and the Consumer Protection Act, Chapter 19.86 RCW.

The Parties agree that, if the Court grants the Motion to Amend, each will want the option to present an expert on issues pertaining to both bad faith and IFCA. The Parties further agree that it would waste both parties' resources to prepare and finalize expert reports on bad faith and IFCA claims if such claims do not become part of this case.

The Parties have conferred on scheduling and agree that extending the time for disclosure of bad faith and IFCA expert witnesses to August 3, 2018 will still allow for expert depositions and rebuttal reports to be completed by the deadlines established under the current case schedule. The Parties therefore respectfully request that this Stipulated Motion be granted and that the Court agree to continue the deadline for the exchange of bad faith and IFCA expert witness reports only to **August 3, 2018** if the Court allows the amendment; this extension shall not apply to any other expert reports, which shall be due on July 23, 2018. Rebuttal expert designations for all experts shall remain August 30, 2018. The Parties do not request that the Court continue the

STIPULATED MOTION AND ORDER TO CONTINUE
DEADLINE FOR EXCHANGE OF BAD FAITH AND
IFCA EXPERT WITNESS REPORTS - 2
CAUSE NO. 2:17-CV-01212-RSL

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

trial date or any other dates except those relating to the exchange of expert witness reports as requested in this motion.

STIPULATED TO this 18th day of July, 2018.

| PACIFICA LAW GROUP LLP | CLYDE & CO US LLP |
|---|---|
| By *s/ Matthew J. Segal*<br>Paul J. Lawrence, WSBA # 13557<br>Matthew J. Segal, WSBA #29797<br>Nicholas W. Brown, WSBA #33586 | By *s/ Alexander E. Potente*<br>Alexander E. Potente, WSBA #48858<br>James A. Taylor Meehan, *Admitted Pro Hac Vice*<br>Curtis Darrow Parvin, *Admitted Pro Hac Vice* |
| Attorneys for Plaintiff Costco Wholesale Corporation | Attorneys for Defendant Arrowood Indemnity Company |

**ORDER**

IT IS HEREBY ORDERED that this Stipulated Motion to continue the deadline for the exchange of bad faith and IFCA expert witness reports is GRANTED. The new date for the exchange of bad faith and IFCA expert witness reports is **August 3, 2018**.

DATED this 18th day of July, 2018.

_____
Robert S. Lasnik
United States District Court Judge

STIPULATED MOTION AND ORDER TO CONTINUE
DEADLINE FOR EXCHANGE OF BAD FAITH AND
IFCA EXPERT WITNESS REPORTS - 3
CAUSE NO. 2:17-CV-01212-RSL

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750