UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COSTCO WHOLESALE CORPORATION, a Washington corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>ARROWOOD INDEMNITY COMPANY, a North Carolina company, as successor in interest to ROYAL INSURANCE COMPANY OF AMERICA,<br><br>        Defendant. | No. 2:17-cv-01212-RSL<br><br>ORDER GRANTING PLAINTIFF COSTCO'S MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF |

This matter came before the Court on Plaintiff Costco Wholesale Corporation's ("Costco's") Motion for Leave to File Over-Length Brief. The Court, having reviewed the submissions of the parties, hereby ORDERS that Costco's Motion to for Leave to File Over-Length Brief is GRANTED.

Dated this 1st day of November, 2018.

*MW S Lasnik*

Honorable Robert S. Lasnik
United States District Court Judge

ORDER GRANTING PLAINTIFF COSTCO'S MOTION
FOR LEAVE TO FILE OVER-LENGTH BRIEF - 1
Cause No. 2:17-cv-01212-RSL

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

Presented by:

PACIFICA LAW GROUP LLP


By *s/ Paul J. Lawrence*
    Paul J. Lawrence, WSBA # 13557
    Matthew J. Segal, WSBA #29797
    Nicholas W. Brown, WSBA #33586

Attorneys for Plaintiff Costco Wholesale
Corporation

ORDER GRANTING PLAINTIFF COSTCO'S MOTION
FOR LEAVE TO FILE OVER-LENGTH BRIEF - 2
Cause No. 2:17-cv-01212-RSL

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750