The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| COSTCO WHOLESALE CORPORATION, | Civil Action No. 2:17-cv-01212-RSL |
| Plaintiff, | STIPULATED MOTION AND ORDER TO CONTINUE DEADLINE FOR DISPOSITIVE MOTIONS AND EXTEND NOTING DATE |
| v. | |
| ARROWOOD INDEMNITY COMPANY, | |
| Defendant. | |

Pursuant to LCR 7(d)(1) and LCR 10(g), Plaintiff Costco Wholesale Corporation ("Costco") and Defendant Arrowood Indemnity Company ("Arrowood"), by and through their attorneys of record, hereby submit this Stipulated Motion and [Proposed] Order to Extend the Filing Deadline for Dispositive Motions by two days to facilitate the Parties' meet and confer process under LCR 5(g), and Extend the Noting Date for their respective motions by one week. The Parties have met and conferred, and submit this Stipulated Motion in good faith.

## DISCUSSION

By its Amended Order Setting Trial Date & Related Dates, the Court set the deadline for the parties to file their respective dispositive motions by November 6, 2018. ECF No. 36. Both Costco and Arrowood had advised one another that they intend to file dispositive motions. This case involves materials that have been designated "confidential" under a Stipulated Protective

4121605v1
STIPULATED MOTION AND ORDER TO CONTINUE
DISPOSITIVE MOTIONS DEADLINE AND EXTEND NOTING
DATE (2:17-cv-01212-RSL) - 1

CLYDE & CO US LLP
701 Fifth Avenue, Columbia Tower, 42nd Floor
Seattle, WA 98104
(206) 652-3237 • (415) 365-9800

Order entered into this action on January 11, 2018. ECF No. 16. Upon advising one another of their intent to file dispositive motions, the Parties began a meet and confer process under the protective order and LCR 5(g) with regard to items that may require filing under seal or redaction. In an effort to reach agreement on what materials may need to be filed under seal or be subject to limited redactions, and to withdraw certain items as Confidential before filing the Parties are negotiating the submission of a joint motion to file under seal pursuant to Local Rule 5(g)(2)(B). The Parties therefore respectfully request that the Court briefly extend the deadline for the parties to file the joint motion to file under seal and their respective dispositive motions from November 6, 2018 to **November 8, 2018**.

The Parties have further met and conferred regarding extending the briefing schedule for the dispositive motions by one week given the upcoming holiday schedule. The Parties therefore respectfully request that the Court extend the briefing schedule as follows:

| Brief | New Date | Prior Date |
|---|---|---|
| Dispositive Motion | **11/8/18** | 11/6/18 |
| Opposition | **11/30/18** | 11/26/18 |
| Reply | **12/7/18** | 11/30/18 |

STIPULATED TO this 6th day of November, 2018

DATED: November 6, 2018

CLYDE & CO US LLP

*/s/ Alexander E. Potente*
Alexander E. Potente, WSBA #48858
alex.potente@clydeco.us
CLYDE & CO US LLP
701 Fifth Avenue, Columbia Tower, 42nd Floor
Seattle, Washington 98104
Phone: (206) 652-3237; (415) 365-9800
Attorneys for Defendant and Counterclaimant
ARROWOOD INDEMNITY COMPANY

4121605v1
STIPULATED MOTION AND ORDER TO CONTINUE
DISPOSITIVE MOTIONS DEADLINE AND EXTEND NOTING
DATE (2:17-cv-01212-RSL) - 2

CLYDE & CO US LLP
701 Fifth Avenue, Columbia Tower, 42nd Floor
Seattle, WA 98104
(206) 652-3237 • (415) 365-9800

DATED: November 6, 2018                    PACIFICA LAW GROUP LLP


                                           /s/ Paul J. Lawrence
                                           Paul J. Lawrence, WSBA #13557
                                           Matthew J. Segal, WSBA #29797
                                           Nicholas W. Brown, WSBA #33586
                                           1191 Second Avenue, Suite 2000
                                           Seattle, WA 98101
                                           Phone: (206) 245-1700
                                           Fax: (206) 245-1750

                                           Attorneys for Plaintiff
                                           COSTCO WHOLESALE CORPORATION


# ORDER

    IT IS HEREBY ORDERED that this Stipulated Motion to continue the deadline to

**November 8, 2018** for the Parties to submit a joint motion to file under seal and file their

respective dispositive motions is GRANTED.

    IT IS HEREBY FURTHER ORDERED that this Stipulated Motion to extend the briefing

schedule for the dispositive motions is GRANTED, with the new briefing schedule for the

dispositive motions as follows:

| Brief | New Date | Prior Date |
|---|---|---|
| Dispositive Motion | **11/8/18** | 11/6/18 |
| Opposition | **11/30/18** | 11/26/18 |
| Reply | **12/7/18** | 11/30/18 |

DATED this 6th day of November, 2018.

                                           _____
                                           Honorable Robert S. Lasnik
                                           U.S. District Court Judge

4121605v1
STIPULATED MOTION AND ORDER TO CONTINUE
DISPOSITIVE MOTIONS DEADLINE AND EXTEND NOTING
DATE (2:17-cv-01212-RSL) - 3

CLYDE & CO US LLP
701 Fifth Avenue, Columbia Tower, 42nd Floor
Seattle, WA 98104
(206) 652-3237 • (415) 365-9800