Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COSTCO WHOLESALE CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>ARROWOOD INDEMNITY COMPANY, a North Carolina company, as successor in interest to ROYAL INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | No. 2:17-cv-01212-RSL<br><br>ORDER GRANTING PLAINTIFF COSTCO'S MOTION FOR LEAVE TO FILE OVER-LENGTH OPPOSITION BRIEF |

This matter came before the Court on Plaintiff Costco Wholesale Corporation's ("Costco's") Motion for Leave to File Over-Length Opposition Brief. The Court, having reviewed the submissions of the parties, hereby ORDERS that Costco's Motion for Leave to File Over-Length Opposition Brief is GRANTED.

Dated this 28th day of November, 2018.

*/s/ Robert S. Lasnik*
Honorable Robert S. Lasnik
United States District Court Judge

ORDER GRANTING PLAINTIFF COSTCO'S
MOTION FOR LEAVE TO FILE OVER-LENGTH
OPPOSITION BRIEF - 1
Cause No. 2:17-cv-01212-RSL

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

Presented by:

PACIFICA LAW GROUP LLP

By *s/ Paul J. Lawrence*
    Paul J. Lawrence, WSBA # 13557
    Matthew J. Segal, WSBA #29797
    Nicholas W. Brown, WSBA #33586

Attorneys for Plaintiff Costco Wholesale Corporation

ORDER GRANTING PLAINTIFF COSTCO'S
MOTION FOR LEAVE TO FILE OVER-LENGTH
OPPOSITION BRIEF - 2
Cause No. 2:17-cv-01212-RSL

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750