Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COSTCO WHOLESALE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ARROWOOD INDEMNITY COMPANY,<br><br>Defendant. | Civil Action No. 2:17-cv-01212-RSL<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO CONTINUE CERTAIN PRETRIAL DEADLINES |

Pursuant to LCR 7(d)(1) and LCR 10(g), Plaintiff Costco Wholesale Corporation ("Costco") and Defendant Arrowood Indemnity Company ("Arrowood"), by and through their attorneys of record, hereby submit this Stipulated Motion and [Proposed] Order to Continue the Certain Pretrial Deadlines. The parties have met and conferred, and submit this Stipulated Motion in good faith.

**DISCUSSION**

By its Amended Order Setting Trial Date & Related Dates (ECF No. 36), the Court set this matter for trial on February 4, 2019 and also established a case schedule of pretrial deadlines. Based on the current case schedule, certain of the pretrial deadlines trigger requirements on the Parties to prepare and exchange pretrial materials beginning in December 2018. The Parties have scheduled a mediation session for December 18, 2018. In light of and to facilitate the settlement negotiations on December 18, 2018, the Parties stipulate and jointly move the Court for a brief

4160450
STIPULATED MOTION AND [PROPOSED] ORDER TO
CONTINUE CERTAIN PRETRIAL DEADLINE (2:17-cv-01212-RSL) - 1

CLYDE & CO US LLP
701 Fifth Avenue, Columbia Tower, 42nd Floor
Seattle, WA 98104
(206) 652-3237 * (415) 365-9800

continuance of the following pretrial deadlines so that the Parties may avoid expending any unnecessary costs in the event that this matter is resolved at mediation:

| Relevant Case Deadline | Original Date | New Date |
| --- | --- | --- |
| LD for plaintiff and counterclaimant to serve pretrial statement | December 24, 2018 | January 9, 2019 |
| LD for plaintiff and counterclaimant to serve deposition transcripts with relevant portions highlighted | December 24, 2018 | January 9, 2019 |
| LD for defendant and counterdefendant to serve pretrial statement | January 3, 2019 | January 15, 2019 |
| LD for defendant and counterdefendant to serve deposition transcripts with relevant portions highlighted | January 3, 2019 | January 15, 2019 |
| Motions in Limine | January 7, 2019 | January 17, 2019 |
| LD to exchange proposed jury instructions, verdict forms and special interrogatories | January 9, 2019 | January 21, 2019 |
| LD for parties to hold conference of attorneys | January 11, 2019 | January 22, 2019 |
| Agreed pretrial order due | January 23, 2019 | January 23, 2019 |
| Pretrial conference to be scheduled by the Court | TBD | TBD |
| Trial briefs, proposed voire dire questions, proposed jury instructions, and trial exhibits due | January 30, 2019 | January 30, 2019 |
| Trial | February 4, 2019 | February 4, 2019 |

The Parties do not request that the Court continue the trial date or any other dates set in the Amended Order Setting Trial Date & Related Dates (ECF No. 36) except as provided herein. Accordingly, the Parties respectfully request that this Stipulated Motion be approved and that the Court agree to continue the pretrial deadlines as set forth herein.

4160450   IT IS SO STIPULATED THIS 3rd day of December, 2018.

DATED: December 3, 2018                     CLYDE & CO US LLP

*/s/ Alexander E. Potente*
Alexander E. Potente, WSBA #48858
alex.potente@clydeco.us
701 Fifth Avenue, Columbia Tower, 42nd Floor
Seattle, WA 98104
Phone (206) 652-3237
Fax (206) 652-3237

Attorneys for Defendant
ARROWOOD INDEMNITY COMPANY

DATED: December 3, 2018                     PACIFICA LAW GROUP LLP

*/s/ Paul J. Lawrence*
Paul J. Lawrence, WSBA #13557
Matthew J. Segal, WSBA #29797
Nicholas W. Brown, WSBA #33586
1191 Second Avenue, Suite 2000
Seattle, WA 98101
Phone: (206) 245-1700
Fax: (206) 245-1750

Attorneys for Plaintiff
COSTCO WHOLESALE CORPORATION

4160450
STIPULATED MOTION AND [PROPOSED] ORDER TO
CONTINUE CERTAIN PRETRIAL DEADLINES (2:17-cv-01212-
RSL) - 3

CLYDE & CO US LLP
701 Fifth Avenue, Columbia Tower, 42nd Floor
Seattle, WA 98104
(206) 652-3237 * (415) 365-9800

# ORDER

IT IS HEREBY ORDERED that this Stipulated Motion to continue certain pretrial deadlines is GRANTED. The new pretrial deadlines are as follows:

| Relevant Case Deadline | Original Date | New Date |
|---|---|---|
| LD for plaintiff and counterclaimant to serve pretrial statement | December 24, 2018 | January 9, 2019 |
| LD for plaintiff and counterclaimant to serve deposition transcripts with relevant portions highlighted | December 24, 2018 | January 9, 2019 |
| LD for defendant and counterdefendant to serve pretrial statement | January 3, 2019 | January 15, 2019 |
| LD for defendant and counterdefendant to serve deposition transcripts with relevant portions highlighted | January 3, 2019 | January 15, 2019 |
| Motions in Limine | January 7, 2019 | January 17, 2019 |
| LD to exchange proposed jury instructions, verdict forms and special interrogatories | January 9, 2019 | January 21, 2019 |
| LD for parties to hold conference of attorneys | January 11, 2019 | January 22, 2019 |
| Agreed pretrial order due | January 23, 2019 | January 23, 2019 |
| Pretrial conference to be scheduled by the Court | TBD | TBD |
| Trial briefs, proposed voire dire questions, proposed jury instructions, and trial exhibits due | January 30, 2019 | January 30, 2019 |
| Trial | February 4, 2019 | February 4, 2019 |

ORDERED this ___4th___ day of December, 2018.

_____
Honorable Robert S. Lasnik
United States District Judge

4160450
STIPULATED MOTION AND [PROPOSED] ORDER TO
CONTINUE CERTAIN PRETRIAL DEADLINES (2:17-cv-01212-RSL) - 4

CLYDE & CO US LLP
701 Fifth Avenue, Columbia Tower, 42nd Floor
Seattle, WA 98104
(206) 652-3237 * (415) 365-9800