# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| COSTCO WHOLESALE CORPORATION, a Washington corporation, <br><br> Plaintiff, <br><br> v. <br><br> ARROWOOD INDEMNITY COMPANY, a North Carolina company, <br><br> Defendant. | NO. 2:17-cv-01212-SAB <br><br> **JURY TRIAL SCHEDULING ORDER** <br><br> **JURY TRIAL SCHEDULED FOR OCTOBER 26, 2020** |

A telephonic scheduling conference was held in this matter on December 9, 2019. Matthew Segal, Paul Lawrence, and Nicholas Brown appeared on behalf of Plaintiff. Alexander Potente, Curtis Parvin, and James Meehan appeared on behalf of Defendant. Due to a conflict in the Court's calendar, the current trial date needs to be rescheduled. During the conference, the Court directed counsel to provide the Court with a list of unavailable dates between March and December 2020. Having received these dates, the Court is fully informed and orders the following schedule for trial and outstanding pretrial deadlines in this matter.

//
//
//

**JURY TRIAL SCHEDULING ORDER** \* 1

Accordingly, **IT IS ORDERED:**

## PROFESSIONALISM AND COURT-ASSISTED MEDIATION

**1. Civility and Professional Conduct**. Counsel should review and employ Local Rule 83.1 (Civility) and Washington Rule of Professional Conduct 3.4 (Fairness to Opposing Party and Counsel).

**2. Scheduling Order is Binding**. Rule 16(f) of the Federal Rules of Civil Procedure provides for sanctions for failure to obey the Scheduling Order. The Court will usually accept stipulations to modify the dates specified in this Order, but modifications of pretrial deadlines may also result in a modification of the trial date.

**3. Settlement Conference/Mediation.** The parties are encouraged to engage in settlement negotiations as early as possible and should contact the Court if they believe a settlement conference would be helpful.

## TRIAL DATES

**4. Jury Trial.** The jury trial shall commence on **October 26, 2020**, at **9:00 a.m.** in **SEATTLE**, Washington. The trial is estimated to last seven days.

**5. Pretrial Conference.** An in-person pretrial conference will be held on **October 2, 2020**, at **1:30 p.m**. in **SEATTLE**, Washington.

## MOTION DEADLINES

**6. Motions** *in Limine*.

    A. *Motions* in Limine: shall be filed and served on or before **September 14, 2020**.

    B. *Responses*: shall be filed and served on or before **September 21, 2020**.

    C. *Replies*: shall be filed and served on or before **September 28, 2020**.

    D. *Notation*: Motions *in limine* shall be noted for hearing at the pretrial conference.

//

//

# TRIAL PREPARATION DEADLINES

**7. Exhibit and Witness Lists.**

    A. *Exhibit Lists and Witness Lists*: shall be filed and served and exhibits made available for inspection (or copies provided), on or before **September 21, 2020**.

    B. *Identification*: The witness list shall include identification of each witness's testimony.

    C. *Notation of Exhibits*: Where feasible, all exhibits identified in depositions shall be pre-marked with the exhibit numbers that will be used at trial. Plaintiff's trial exhibits are to be numbered 1 through 199; Defendant's exhibits are to be numbered 200 and following.

    D. *Objections*: Objections to the opposing party's witness list or exhibit list and any accompanying briefs shall be filed and served on or before **September 28, 2020**.

    E. *Responses*: Responses, if any, to objections shall be filed and served on or before **October 5, 2020**.

**8. Pretrial Exhibit Stipulation.**

    A. *Stipulation*: The parties shall prepare a pretrial exhibit stipulation that shall contain each party's numbered list of all trial exhibits with the opposing party's objections to each exhibit, including the basis of the objection and the offering party's brief response. All exhibits to which there is no objection shall be deemed admitted, subject to any objections at trial that could not be raised in advance.

    B. *Deadline*: The pretrial exhibit stipulation shall be filed on **September 14, 2020**.

    C. Objections to witness and exhibits shall be heard at the pretrial conference.

//

**9. Designation of Testimony.**

The parties shall notify the Court on or before **September 14, 2020** whether deposition testimony will be used at trial. The Court will then schedule a hearing to review all designated testimony and objections so that a final edited version of the deposition testimony can be prepared for trial.

**10. Pretrial Order.**

A. *Deadline*: A joint Pretrial Order, prepared in accordance with the format provided in Local Rule 16.1(b), shall be filed on or before **October 5, 2020** and a copy e-mailed in Word format to the Court at bastianorders@waed.uscourts.gov.

B. *Consistency*: The list of exhibits contained in the joint Pretrial Order shall reflect the exhibit marking scheme described above in paragraph 10(A).

C. *Duplicative Exhibits*: In preparing the joint Pretrial Order, the parties shall confer regarding duplicate exhibits and determine which party will submit such exhibits for trial.

**11. Trial Briefs and Proposed Voir Dire.** Trial briefs and voir dire shall be filed by **October 1, 2020**.

**12. Jury Instructions.** No later than **October 1, 2020**, the parties shall file jointly proposed jury instructions.

A. *Confer*. The parties shall confer regarding jury instructions and file jointly proposed jury instructions and a table of proposed Jury Instructions. The jointly proposed Jury Instructions should address only issues that are unique to this case and shall include instructions regarding the elements of each claim, any necessary definitions, and a proposed verdict form.

B. *Modifications*. If any proposed instruction is a modified version of model instructions or deviate from model instructions, the parties shall identify the modification and cite legal authority for the modification.

**13. Submissions on the First Day of Trial.** The Court requires that the following be submitted to the courtroom deputy clerk on the first day of trial:

**JURY TRIAL SCHEDULING ORDER** * 4

A. *Exhibits*. Exhibits for presentation at the trial in tabbed binders indexed by exhibit number with exhibit tags placed consistently on the bottom right corner of each exhibit. Counsel shall submit to the Court an original binder and two copied binders of their exhibits together with three discs or flash drives containing the same.

B. *Exhibit List*. One copy of a final joint exhibit list.

C. *Witness List*. One copy of witness lists in the order in which the witnesses are expected to be called to testify.

## MODIFICATIONS

**14. Good Cause.** Pursuant to Rule 16 of the Federal Rules of Civil Procedure, this schedule shall not be modified unless the Court finds good cause to grant leave for modifications.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 13th day of January 2020.

*Stanley A. Bastian*
Stanley A. Bastian
United States District Judge

**JURY TRIAL SCHEDULING ORDER** * 5