UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| COSTCO WHOLESALE CORPORATION, a Washington corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>ARROWOOD INDEMNITY COMPANY, a North Carolina company,<br><br>    Defendant. | NO.  2:17-cv-01212-SAB<br><br>**ORDER SETTING TELEPHONIC STATUS CONFERENCE** |

    The Court has received and is reviewing Defendant's Second Motion for Summary Judgment, ECF No. 144, and Plaintiff's Motion for Order to Show Cause Why Court Should Allow Arrowood's Second Motion for Summary Judgment, ECF No. 149. In order to aid the Court's consideration of the motions, the Court sets a telephonic status conference. Parties should be prepared to discuss the procedural postures of these motions. The parties need not be prepared to discuss the motions' substance.

//

//

//

//

**ORDER SETTING TELEPHONIC STATUS CONFERENCE** * 1

Accordingly, **IT IS ORDERED:**

1. A telephonic status conference is **set** for **July 28, 2020** at **10:30 a.m.** Parties shall join the conference by dialing the Court's conference line at **1-888-204-5984**, access code **6790153**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 13th day of July 2020.

                    Stanley A. Bastian
                    United States District Judge

**ORDER SETTING TELEPHONIC STATUS CONFERENCE * 2**