UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| COSTCO WHOLESALE CORPORATION, a Washington corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>ARROWOOD INDEMNITY COMPANY, a North Carolina company,<br><br>        Defendant. | NO.  2:17-cv-01212-SAB<br><br>**ORDER DENYING MOTION FOR SHOW CAUSE ORDER AND SETTING DEADLINES RE: DEFENDANT'S SECOND MOTION FOR SUMMARY JUDGMENT; CONTINUING TRIAL** |

A telephonic status conference was held in the above-captioned matter on July 28, 2020. Paul Lawrence and Nicholas Brown appeared for Plaintiff. Alexander Potente and Curtis Parvin appeared for Defendant.

During the hearing, the parties and the Court discussed the procedural postures of Defendant's Second Motion for Summary Judgment, ECF No. 144, and Plaintiff's Motion for Order to Show Cause Why Court Should Allow Arrowood's Second Motion for Summary Judgment, ECF No. 149. The parties and the Court

**ORDER DENYING MOTION FOR SHOW CAUSE ORDER AND SETTING DEADLINES RE: DEFENDANT'S SECOND MOTION FOR SUMMARY JUDGMENT; CONTINUING TRIAL \* 1**

also discussed whether trial in this matter should be continued. This Order memorializes the Court's oral rulings.

Accordingly, **IT IS ORDERED:**

1. Plaintiff's Motion for Order to Show Cause Why Court Should Allow Arrowood's Second Motion for Summary Judgment, ECF No. 149, is **DENIED**. However, the Court will consider arguments made in the motion and in Defendant's response in considering Defendant's summary judgment motion.

2. Plaintiff shall respond to Defendant's Second Motion for Summary Judgment no later than **August 25, 2020**.

3. Defendant shall reply in support of its motion no later than **September 8, 2020**. Defendant's Second Motion for Summary Judgment, ECF No. 144, is **reset** for hearing without oral argument for **September 15, 2020**.

4. The current trial date of October 26, 2020 is **stricken** and **reset** for **June 7, 2021** in **Seattle**, Washington. An Amended Scheduling Order will be entered shortly.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 10th day of August 2020.

_____
Stanley A. Bastian
United States District Judge

**ORDER DENYING MOTION FOR SHOW CAUSE ORDER AND SETTING DEADLINES RE: DEFENDANT'S SECOND MOTION FOR SUMMARY JUDGMENT; CONTINUING TRIAL \* 2**