# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COSTCO WHOLESALE CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ARROWOOD INDEMNITY COMPANY,<br><br>　　　　Defendant. | NO. 2:17-cv-01212-SAB<br><br>**ORDER RE: SETTLEMENT** |

The Court having been notified of the settlement of this case, ECF No. 162, and it appearing that no issue remains for the Court's determination,

**IT IS HEREBY ORDERED:**

1. Within 30 days of the date of this Order, the parties shall file a joint stipulation to dismiss with a proposed order dismissing the case.

2. All deadlines are **VACATED** and any pending motions are **DENIED** as moot. The jury trial set for June 7, 2021, is **VACATED**. The Pretrial Conference hearing on May 18, 2021 is **STRICKEN**.

///
///
///
///
///

**ORDER RE: SETTLEMENT** * 1

3. The District Court Executive shall set a case management deadline accordingly.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel.

**DATED** this 11th day of May 2021.

_____
STANLEY A. BASTIAN
United States District Judge

**ORDER RE: SETTLEMENT** * 2