IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COSTCO WHOLESALE CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARROWOOD INDEMNITY COMPANY,<br><br>　　　　Defendant. | NO.  2:17-cv-01212-SAB<br><br>**ORDER ACCEPTING STIPULATION RE: NOTICE OF SETTLEMENT** |

　　　　Before the Court is the parties' Stipulation Re: Notice of Settlement and Request for Continuance to File Joint Stipulation to Dismiss the Case, ECF No. 164. The parties state that this action has been settled in its entirety and request the Court enter an order extending the deadline to file a joint motion to dismiss to June 17, 2021. *See id.* at 2. The Court finds good cause and accepts the stipulation.

　　　　Accordingly, **IT IS HEREBY ORDERED**:

　　　　1.　　On or before **June 17, 2021**, the parties shall file a joint stipulation to dismiss with a proposed order dismissing the case.

　　　　**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

　　　　**DATED** this 9th day of June 2021.

　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　STANLEY A. BASTIAN
　　　　　　　　　　　United States District Judge

**ORDER ACCEPTING STIPULATION RE: NOTICE OF SETTLEMENT** * 1