IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COSTCO WHOLESALE CORPORATION,<br><br>       Plaintiff,<br><br>       v.<br><br>ARROWOOD INDEMNITY COMPANY,<br><br>       Defendant. | NO. 2:17-cv-01212-SAB<br><br>**ORDER GRANTING STIPULATED MOTION OF DISMISSAL** |

Before the Court is the parties' Stipulated Motion of Dismissal with Prejudice, ECF No. 166. The parties request that the above-captioned case be dismissed with prejudice and the parties bear their respective attorneys' fees, costs, and expenses. The Court finds good cause to accept the stipulation.

Accordingly, **IT IS HEREBY ORDERED**:

1.   The parties' Stipulated Motion of Dismissal with Prejudice, ECF No. 166, is **GRANTED**.

2.   The above-captioned case is dismissed with prejudice. The parties shall bear their respective attorney's fees, costs, and expenses.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, **and** close the file.

**DATED** this 16th day of June 2021.

_____
Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATED MOTION OF DISMISSAL** * 1